JOHN TWYMAN et al., Appellants, *v.* MILK BOTTLERS FEDERATION, Respondent.

Supreme Court, Appellate Term, Second Department, June 18, 1943.

*Murray Natbony* for appellants.

*James Wilson Young* for respondent.

Judgment affirmed, with costs. No opinion.

MACCRATE, SMITH and STEINBRINK, JJ., concur.